GANT v. NCNB

No. 282P89

Case below: 94 N.C. App. 198

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 7 December 1989.

GENSINGER v. WESTON

No. 366P89

Case below: 95 N.C. App. 223

Petition by defendants for writ of supersedeas and temporary stay dismissed 7 December 1989. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

HARVEY v. RALEIGH POLICE DEPARTMENT

No. 469P89

Case below: 96 N.C. App. 28

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

HAYWOOD v. HAYWOOD

No. 432P89

Case below: 95 N.C. App. 426

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

HEARTLAND GROUP v. DESTINY GROUP

No. 374P89

Case below: 94 N.C. App. 389

Petition by defendant and third-party plaintiff-appellants for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.